No. 85–2028.  GILL *v.* UNITED STATES; and
No. 85–7100.  BRUNO *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  Reported below: 791 F. 2d 922.

No. 85–2062.  ACKER ET AL. *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 85–7046.  SMITH *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 85–7080.  BAKER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 85–7107.  PAGAN *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 85–7150.  BENNY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 85–7184.  GILES *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 85–7206.  DIXON *v.* UNITED STATES; MALDONADO *v.* UNITED STATES; and GREEN *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 86–75.  CIAMBRONE *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 86–100.  SMITH *v.* UNITED STATES; and
No. 86–111.  STONEMAN *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  Reported below: 789 F. 2d 196.

No. 86–121.  PULLY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 86–238.  THOROUGHBRED RACING ASSOCIATIONS OF NORTH AMERICA, INC., ET AL. *v.* CAPRA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 86–409.  METROPOLITAN TRANSPORTATION AUTHORITY ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 86–453.  CARSON ET AL. *v.* BLOCK, SECRETARY OF AGRICULTURE, ET AL.  C. A. 7th Cir.  Certiorari denied.